USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MY MAVENS, LLC,

                                    Plaintiff,

                -against-

WENJUN ZHANG,

                                  Defendant.
----------------------------------------------------------------X

**20-CV-4657 (PGG) (KHP)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, January 29, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 22, 2024 by 5:00 p.m.**  Plaintiff shall make a settlement demand by no later than **December 2, 2023.**  Defendant shall make a counter-proposal by no later than **December 15, 2023.**

      SO ORDERED.

DATED:      New York, New York
                   November 9, 2023

                                                                 *Katharine H Parker*
                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge