UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MY MAVENS, LLC,

                      Plaintiff,

        -against-

WENJUN ZHANG,

                      Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024

20-CV-4657 (MMG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in this action appeared before the undersigned for a case management conference on April 23, 2024. As discussed at the conference, it is hereby ordered that the parties will submit a joint status letter by **Tuesday, May 7, 2024**, to provide an update on the progress on discovery. The parties will indicate in the letter what Requests for Production are still at issue and include a brief statement of each side's position on the dispute. Further, the deposition of Defendant Wehjun Zhang must be completed by **Friday, May 31, 2024**. The parties shall otherwise comply with the Court's directives as set forth more fully on the record.

    SO ORDERED.

DATED:    New York, New York
              April 24, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge