UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MY MAVENS LLC,<br><br>       *Plaintiff,*<br><br>   v.<br><br>WENJUN ZHANG,<br><br>       *Defendant.* | Case No.: 1:20-cv-04657-MMG-KHP<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Katharine H. Parker |

  **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, none of whom is an infant or incompetent, hereby stipulate that this action is **DISMISSED WITH PREJUDICE** and respectfully request that the Clerk close this case.

_____
Todd D. Kremin, Esq.
AGULNICK KREMIN P.C.
510 Broadhollow Rd. #303
Melville, NY 11747
(718) 352-4800
tkremin@agulnickkremin.com
*Attorneys for Plaintiff My Mavens LLC*

_____
Louis A. Russo, Esq.
RUSSO LAW LLC
785 Franklin Ave. #917
Franklin Lakes, NJ 07417
(929) 262-1101
lrusso@russolaw-llc.com
*Attorneys for Plaintiff My Mavens LLC*

_____
Benjamin M. Burdick, Esq.
BURDICK LAW PLLC
1970 W. Fayette St. #200
Syracuse, NY 13204
(315) 727-1540
ben@burdick.law
*Attorneys for Defendant Zhang*

1